ORIGINAL

FILED
06/05/2024
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: OP 24-0332

# IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0332



FILED

JUN 5 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

BAILEY CONNOR LAKE,

Petitioner,

v.                                              O R D E R

BOB OLSEN, ADMINISTRATOR,
S.T.A.R.T. PROGRAM,

Respondent.

Bailey Connor Lake has filed a Petition for Writ of Habeas Corpus, arguing that he is due elapsed time, or street time, credit of 234 days for when he was on supervision from December 1, 2020 to July 23, 2021. We observe that the Sanders County District Court Judgment, filed March 4, 2022, did not mention either elapsed time or prior jail time credit. Upon review, we deem it appropriate to require a response to his Petition. Therefore,

IT IS ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to counsel of record and to Bailey Connor Lake personally.

DATED this 5th day of June, 2024.

_____
Justice